

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2019

No. 04-18-00131-CV

Lorraine **KENYON**, Individually and as Executrix of the Estate of Theodore Kenyon,
Appellant

v.

**ELEPHANT INSURANCE COMPANY, LLC**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI14055
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On July 1, 2019, appellant filed a motion for extension of time to file a motion for reconsideration en banc. The motion is GRANTED. Any motion for reconsideration en banc must be filed by no later than July 8, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court